IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

Case No. 5 : 22 -cv - 00073 gwc

JOHNATHAN J. BILLEWICZ, MICHAEL W. BILLEWICZ,
J and M INVESTMENT TRUST and LILLIAN E. BILLEWICZ,

          Plaintiffs,

v.

TOWN OF FAIR HAVEN, VERMONT,
TOWN OF FAIR HAVEN, VERMONT POLICE CHIEF
WILLIAM T. HUMPHRIES, INDIVIDUALLY AND OFFICIAL CAPACITY,
TOWN OF FAIR HAVEN, VERMONT, DEPARTMENT OF
PUBLIC WORKS EMPLOYEES, JOHN DOES, OFFICIAL CAPACITY
and TOWN OF FAIR HAVEN, VERMONT ADMINISTRATIVE PERSONNEL,
JOHN AND JANE DOES, OFFICIAL CAPACITY

          Defendants

## MOTION TO CLARIFY PARTIES

I, Lillian E. Billewicz, am the mother of Michael W. Billewicz and have been the person responsible for typing the pleadings. A misunderstanding has occurred with Michael's desire to be involved with this litigation. Michael lives in Rhode Island and we text. I have signed Michael's name to the pleadings with the understanding he wished to be a Plaintiff. However, this was a misunderstanding on my part and Michael does not wish to be a part of this litigation. He has not filed a Notice of Appearance.

As such, I wish to clarify the parties and change the Caption to omit Michael W. Billewicz's name. I apologize to the Court and to Defendants and their counsel for any inconvenience as I did not mean anything by this.

                                                  Respectfully submitted,

Dated: 5/13/2022

*Lillian E. Billewicz*
Lillian E. Billewicz
6 Washington Street, Apt. 4
Fair Haven, Vermont  05743
1 - 802 - 683 - 1709
later1111@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, a copy of the foregoing was mailed via first class, United States mail, postage pre-paid to Atty. James F. Carroll and Kevin L. Kite, 64 Court Street, Middlebury, Vermont  05753.

Dated: 5/13/2022

*Lillian E. Billewicz*
Lillian E. Billewicz